*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
--------------------------------------------------X

*In re:* **Mayne Miller**

--------------------------------------------------X

FROM:   KATHLEEN FARRELL-WILLOUGHBY, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     J.MICHAEL MCMAHON, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Mayne Miller
DATE OF FILING NOTICE OF APPEAL: 1/14/2008

*ORDER OF DISMISSAL*
*FOR*
*FAILURE TO PROSECUTE*
*BANKRUPTCY APPEAL*

08-CV-4305 JGK

BANKRUPTCY CASE 07-13481 (MG)

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record:

    __X_ FRBP 8006
    ____ Federal Rules of Civil Procedure (Rule ____ )
    ____ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ____ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
            York.

Dated:  **May 7, 2008**
        New York, New York

Internal Control #: 24

Kathleen Farrell-Willoughby, Clerk
U.S. Bankruptcy Court, SDNY

By: _____
          Deputy Clerk

***ORDER***

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____5/14_____ 20 0 8
    New York, New York

_____
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

J.Michael McMahon , Clerk
District Court, SDNY

By: _____
          Deputy Clerk

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2008